**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| GERALD DELOSS, SARA HOWE, and ANNIE SEBERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,<br><br>Defendants. | Civil Action No. 8:18-cv-03960-PJM |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED ORDER
SUSPENDING PROCEEDINGS PENDING DECISION BY JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC (together "Marriott") respectfully move the Court for entry of the attached Stipulated Order that will suspend the proceedings in this Court pending the Judicial Panel on Multidistrict Litigation's ("JPML") decision that is expected to transfer this action. In support, Marriott shows:

1. On December 21, 2018, Plaintiffs filed a Complaint in this Court concerning a data security incident that was announced on November 30, 2018 ("incident"). Since November 30, more than sixty (60) complaints relating to the incident have been filed in courts across the United States.

2. On December 3, 2018, before this case was filed, a plaintiff in another action moved the JPML to transfer and consolidate actions relating to the incident pursuant to 28 U.S.C. § 1407. Responses were filed last month by many parties, including Marriott, and the motion is scheduled

to be heard by the JPML on January 31, 2019. *See* MDL No. 2879, Doc. Nos. 7, 31 (JPML). It is expected that this action will be consolidated after the hearing.

3. The pendency of the motion to transfer does not automatically stop this proceeding. *See* J.P.M.L. Rule 2.1(d). This Court, however, has the inherent power to suspend the proceedings pending resolution of the motion. *See Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936) (explaining district court has inherent power to stay or suspend proceedings incident to its power to control the disposition of cases on its docket); *Smith v. MAIL BOXES, ETC.*, 191 F. Supp. 2d 1155, 1157 (E.D. Cal. 2002) (citing cases and staying proceedings pending JPML decision).

4. The Court should enter the Stipulated Order and suspend the proceedings pending the JPML's decision. Both Plaintiffs and Marriott have agreed to the requested suspension, reflected in the attached Stipulated Order. The requested suspension would relieve the parties from engaging in activities that may be unnecessary prior to a transfer, such as responding to the Complaint, serving initial disclosures, conducting a Rule 26(f) conference on preservation and discovery, and responding to discovery requests. Moreover, the requested stay would preserve judicial resources by saving the Court from attending to an action subject to transfer, as well as generally avoiding the potential for inconsistencies with the dozens of other related actions. *See Weinke v. Microsoft Corp.*, 84 F. Supp. 2d 989, 900 (E.D. Wis. 2000) (stating stay pending JPLM decision is in "the interest of judicial economy").

5. Counsel for Marriott certify that they have conferred with counsel for Plaintiffs and they do not oppose the requested relief.

Marriott respectfully requests that the Court enter the attached Stipulated Order.

Dated: January 8, 2019									Respectfully submitted,

									*/s/* Gilbert S. Keteltas
									Gilbert S. Keteltas (Bar No. 12679)
									BAKER & HOSTETLER LLP
									1050 Connecticut Ave. N.W., Suite 1100
									Washington, D.C. 20036
									Tel: (202) 861-1530
									Fax: (202) 861-1783
									Email: gketeltas@bakerlaw.com

									*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on the 8th day of January, 2019, a true and correct copy of the foregoing *UNOPPOSED MOTION FOR ENTRY OF STIPULATED ORDER SUSPENDING PROCEEDINGS PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* and *STIPULATED ORDER* was served by operation of the electronic filing system of the U.S. District Court for the District of Maryland upon all counsel who have consented to receive notice of filings in the above matter.

                                                                */s/* Gilbert S. Keteltas
                                                                 Gilbert S. Keteltas (Bar No. 12679)
                                                                 BAKER & HOSTETLER LLP
                                                                 1050 Connecticut Ave. N.W., Suite 1100
                                                                Washington, D.C. 20036
                                                                Tel: (202) 861-1530
                                                                Fax: (202) 861-1783
                                                                Email: gketeltas@bakerlaw.com